## Brown Appeal.

Argued December 11, 1970. *Marina Angel,* Assistant Defender, with her *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bebout, Appellant.

Argued November 9, 1970. *Edward J. Tocci,* Assistant Public Defender, for appellant; *James C. Tosh,* Assistant District Attorney, with him *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.